

September 28, 2024

**<u>Via ECF</u>**
Hon. Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Pons v. National Football League, et al.*
      Civil Action No. 24-cv-4979 (JGLC)

Dear Judge Clarke:

    We represent Plaintiff Pons in the above matter. We are writing on behalf of all parties in accordance with Rules 2(e) and 3(c) of the Court's Individual Rules and the Notice of Initial Pretrial Conference (Dkt. 9) to request an adjournment of the proposed joint letter that is now due on October 3, 2024, and the upcoming initial pretrial conference that is now scheduled for October 10, 2024 at 10am.

    As Defendants have only been recently served in this matter via a Rule 4 waiver of service, they have requested, and Plaintiff has agreed, to adjourn the above milestones until a reasonable time after Defendants' response to the pending complaint is due (November 24, 2024). The proposed joint letter would be due one week before the rescheduled conference.

    There have been no previous requests for adjournment of this deadline. The reason for the adjournment is to allow Defendants ample opportunity to respond to the pending complaint.

    Further, as per Your Honor's Individual Rule 2(e), this request for adjournment is being made "at least 48 hours prior to the deadline or scheduled."

    We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Lee A. Goldberg*

Lee A. Goldberg

cc:   Defendants' counsel via ECF

---

Application GRANTED. The initial pretrial conference in this matter, previously scheduled for October 10, 2024 at 10:00 a.m., is RESCHEDULED for **December 19, 2024** at **2:30 p.m.** The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 9, shall be filed by **December 12, 2024**. The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 30, 2024
      New York, New York