UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM JAMES PONS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, NFL PROPERTIES, LLC, AND NEW YORK JETS, LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-04979-JGLC <br><br> (JURY TRIAL DEMANDED) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses this action by filing this notice of dismissal before the opposing party has served either an answer or a motion for summary judgment.

This dismissal is without prejudice to Plaintiff's rights to pursuing the claims herein and any further claims, in a separate action, all of which rights are fully reserved.

Dated: November 22, 2024    */s/ Morris E. Cohen*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Lee A. Goldberg, Esq.
　　　　　　　　　　　　　　　Morris E. Cohen, Esq.
　　　　　　　　　　　　　　　Goldberg Cohen LLP
　　　　　　　　　　　　　　　1330 Avenue of the Americas, 3rd Floor
　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　Telephone: (646) 380-2087
　　　　　　　　　　　　　　　lgoldberg@goldbergcohen.com
　　　　　　　　　　　　　　　mcohen@goldbergcohen.com